FRANK LALLY, Appellant, v. MICHAEL FARRELL and DANIEL BARRY, Respond-

ents. NICK LAUGHLIN, Respondent.— Application for leave to appeal to the Appellate Division denied, with ten dollars costs.